| | | |
|---|---|---|
| MICHAEL VINCENT BOSSLET | * | IN THE |
| PLAINTIFF | * | UNITED STATES |
| and | * | DISTRICT COURT |
| MICHAEL R. BOSSLET AND PAMELA BOSSLET | * | FOR THE DISTRICT |
| | * | OF MARYLAND |
| Parents as Plaintiffs and Next Friends | * | |
| VS. | * | |
| BALTIMORE COUNTY MARYLAND, ET AL. | * | CIVIL ACTION NO. MJG 00 CV 3755 |
| DEFENDANTS | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Plaintiff and Defendant's Motion to Extend Discovery Deadline until July 30, 2001 is hereby GRANTED.*

_____
Judge   4/30/01

\* with an equivalent extension of the dispositive motion deadline
MJG

LAW OFFICES
CHARLES E. BROOKS
610 BOSLEY AVENUE
TOWSON, MD 21204

(410) 296-2600