IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL VINCENT BOSSLET | : |
| Plaintiff | : |
| v. | : |
| BALTIMORE COUNTY, MARYLAND, et al. | : |
| Defendants | : CASE NO. MJG00CV3755 |

* * * * * * * * * * * * * *

### NOTICE OF WITHDRAWAL

Notice is hereby given of the withdrawal of Virginia W. Barnhart as counsel to be effective May 31, 2001. Paul M. Mayhew, Assistant County Attorney, will continue as counsel for the Defendant.

Respectfully submitted,

_Virginia W Barnhart_
VIRGINIA W. BARNHART
County Attorney
Old Courthouse, 2nd Floor
400 Washington Avenue
Towson, Maryland 21204
(410) 887-4420

Approved this ___ day of _____, 2001

Marvin J. Garbis
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this _2nd_ day of _May_, 2001, a copy of the foregoing Notice of Withdrawal was sent first class mail, prepaid postage, to:

Charles E. Brooks, Esq.
Law offices of Brooks & Spicer
610 Bosley Avenue
Towson, Maryland 21204


_Virginia W. Barnhart_
VIRGINIA W. BARNHART
County Attorney

C:\MyFiles\mayhew\pleads\bosslet.withdraw.wpd

Case 1:00-cv-03755-MJG    Document 22    Filed 05/07/2001    Page 3 of 3

# MJG-00-3755

Charles E. Brooks, Esquire
610 Bosley Avenue
Towson, Maryland 21204
410-296-2600
Michael Vincent Bosslet


Virginia W. Barnhart, Esquire
Paul McLane Mayhew, Esquire
Baltimore County Office of Law
400 Washington Avenue
Towson, Maryland 21204
410-887-4420
Balto. Co., MD; Officer James L. Ward; and Officer J. Thornton