IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL VINCENT BOSSLET              *

        Plaintiff                    *

        vs.                          *   CIVIL ACTION NO. MJG-00-3755

BALTIMORE COUNTY, MD, et al.         *

        Defendants                   *

\*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER

It appears that the deadline for the filing of dispositive motions has passed without there being any filed.

Accordingly, by January 7, 2002, Plaintiff shall arrange a telephone conference to schedule the trial of this case.

So ORDERED this 18th day of December, 2001

                                  Marvin J. Garbis
                               United States District Judge