IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL VINCENT BOSSLET          *

   Plaintiff          *

  vs.          *    CIVIL ACTION NO. MJG-00-3755

BALTIMORE COUNTY, MD, et al.     *

   Defendants          *

*    *    *    *    *    *    *

## ORDER

In accordance with the proceedings held in this

matter on this date:

 1. By February 15[1]:

  a. The Pretrial Order shall be filed.

  b. Any motions in limine shall be filed.

  c. Requested voir dire questions shall
   be filed (in duplicate) together with
   an agreed (or separate) extremely
   brief, neutral summary of the case to
   be read to the voir dire panel.

  d. Requested jury instructions shall be
   filed (in duplicate).

   COUNSEL MUST BE SURE TO NOTE THAT:

  (1) ANY REQUEST FOR AN INSTRUCTION BASED ON A PRINTED
   TEXT SHALL BE SUBMITTED IN THE FORM OF A PHOTOCOPY
   OF THE PRINTED PAGE WITH ANY APPROPRIATE
   INTERLINEATION.

---

  [1] All dates herein are in the year 2002.



      (2)    ANY REQUEST BASED UPON A PRECEDENT OR OTHER AUTHORITY SHALL HAVE ATTACHED A COPY OF THE PAGE(S) RELIED UPON.

   e.   Plaintiff shall arrange the scheduling for the pretrial conference, which can be held by telephone or in person, at a mutually convenient time during the week of February 18.

2.   Jury trial shall begin on Tuesday, March 5, with an estimated duration of two to three trial days.

SO ORDERED this _17th_ day of January, 2002

_____
Marvin J. Garbis
United States District Judge