IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL VINCENT BOSSLET                *

      Plaintiff                          *

vs.                                    *   CIVIL ACTION NO. MJG-00-3755

BALTIMORE COUNTY, MD, et al.           *

      Defendants                         *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## JUDGMENT

This action came on for trial before the Court and a jury, Honorable Marvin J. Garbis, United States District Judge presiding. After the presentation of evidence, argument and the Court's charge to the jury a Special Verdict Form was submitted to the jury for their consideration and a verdict was duly rendered on March 7, 2002.

    Accordingly:

        1.    Judgment shall be, and hereby is, entered in favor of Defendants Baltimore County, Maryland; James L. Ward and J. Thornton against Plaintiffs Michael Vincent Bosslet, Michael R. Bosslet and Pamela Bosslet dismissing all claims with prejudice with costs.

        2.    Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

    3.    This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure

SO ORDERED this 7th day of March, 2002.

_____
Marvin J. Garbis
United States District Judge

MAR - 7